# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELBERT WAYNE MANSEL, et al., | ) |
| Plaintiff(s), | ) Case No. 2:13-cv-01497-JAD-NJK |
| vs. | ) ORDER DENYING MOTION TO COMPEL WITHOUT PREJUDICE |
| CELEBRITY COACHES OF AMERICA, INC., et al., | ) (Docket No. 11) |
| Defendant(s). | ) |

Pending before the Court is a motion to compel independent medical examinations. *See* Docket No. 11. Although not entirely clear, it appears that the crux of the dispute revolves around Plaintiffs' contention that Mr. Mansel is not able to travel to Las Vegas for his independent medical examination. *See id.* at 2; Exh. B. The motion fails to identify any relevant standards or case law regarding the location of an independent medical examination. The motion also fails to indicate whether the parties have considered conducting the independent medical examination at a location close to Mr. Mansel. *Cf.* Exh. B (indicating that Mr. Mansel "cannot travel *long* distances" (emphasis added)). As such, the motion to compel is hereby DENIED without prejudice. Any renewed motion shall be filed no later than December 9, 2013.

IT IS SO ORDERED.

DATED: December 2, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge