# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELBERT WAYNE MANSEL, et al., | |
| Plaintiff(s), | Case No. 2:13-cv-01497-JAD-NJK |
| vs. | ORDER STAYING CASE |
| CELEBRITY COACHES OF AMERICA, INC., | (Docket No. 26) |
| Defendant(s). | |

Pending before the Court is a joint motion to stay proceedings in light of a tentative settlement reached by the parties. Docket No. 26. The motion to stay is hereby GRANTED and this case is stayed until October 31, 2014. If the tentative settlement agreement is rejected at any time, the parties shall notify the Court within 7 days. If the parties have not finalized the settlement by October 31, 2014, they shall file a joint status report with the Court on that day.

IT IS SO ORDERED.

DATED: August 4, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge